■ In the Matter of ANTOINE C., a Person Alleged to be a Juvenile Delinquent, Appellant. [747 NYS2d 370]

The court properly exercised its discretion in placing appellant with OCFS. In view of his lack of adequate parental supervision, his previous pattern of failing to attend, absconding from, and failing to benefit from rehabilitation programs, and his continued substance abuse problem, his interests would best be served in a limited secure placement with a structured environment (*see Matter of Katherine W.*, 62 NY2d 947). Concur—Mazzarelli, J.P., Andrias, Buckley, Sullivan and Lerner, JJ.